# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

UNITED STATES OF AMERICA
V.

| # | | | |
|---|---|---|---|
| 1 | Jose Maria Ruiz-Vasquez | *Principal* | |
| | YOB: | 1977 | Mexico |
| 2 | Juan Carlos Barrera-Franco | *CO-PRINCIPAL* | |
| | YOB: | 1996 | Mexico |
| 3 | Kelvin Antonio Parada-Campos | *CO-PRINCIPAL* | |
| | YOB: | 1994 | El Salvador |

## CRIMINAL COMPLAINT

Case Number: M-15-1844-M

United States District Court
Southern District of Texas
FILED
OCT 23 2015
Clerk of Court

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **October 21, 2015** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did, *(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Javier Alexander Caballero-Gil and Carlos Mauricio Aguilar-Avelar, citizens and nationals of El Salvador, along with eight (8) other undocumented aliens, for a total of ten (10), who had entered the United States in violation of law, concealed, harbored or shielded from detection or attempt to conceal, harbor, or shield from detection such aliens in any place, including any building or means of transportation,**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(iii)   FELONY**
I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

**On October 13, 2015, an anonymous person called the HSI Tip Line and stated he/she has observed over 100 Hispanic males being dropped off at 4411 Energy Avenue, in Edinburg, Texas within the past 6 months. Additionally, that person stated a blue/green Grand Marquis bearing license plates GBF 0926, was occasionally the vehicle doing the dropping off.**

**SEE ATTACHED**

Continued on the attached sheet and made a part of this complaint: [X] Yes  [ ] No

Approved by
Bobby Lopez

_____
Signature of Complainant

I. Perez                Senior Patrol Agent
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

October 23, 2015                       at   McAllen, Texas
Date                                        City and State

Dorina Ramos            , U. S. Magistrate Judge
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**McALLEN, TEXAS**

ATTACHMENT TO CRIMINAL COMPLAINT:

M-15-1844 -M

**RE:** Jose Maria Ruiz-Vasquez
Juan Carlos Barrera-Franco
Kelvin Antonio Parada-Campos

**CONTINUATION:**

On October 21, 2015, Agent J. Barrientos conducted surveillance on 4411 Energy Ave, in Edinburg, Texas. At approximately 12:20 PM, Agent Barrientos observed a blue/green Grand Marquis, with the same LPs mentioned by the tipster, drive on to the property at 4411 Energy Ave. The driver of the vehicle never exited the driver's seat. A man in a blue muscle shirt exited the trailer and boarded the Grand Marquis. The two men inside the Grand Marquis then left the property and drove to JR's Meat Market on Monte Cristo Road in Edinburg.

When the vehicle arrived at the meat market, the passenger in the blue muscle shirt, entered the store and purchased chicken, Ramen noodles, tortillas, and drinks. The driver, later identified as Jose Maria RUIZ-Vasquez, stayed in the car. When the passenger, later identified as Juan Carlos BARRERA-Franco, exited the store and approached the vehicle, agents then approached him. Agents identified themselves as Border Patrol Agents to both RUIZ and BARRERA, and both men admitted to being illegally in the US.

Both men were placed under arrest and read their rights. At the scene, both were willing to speak to agents without the presence of an attorney.

RUIZ told agents he owns the property at 4411 Energy Avenue, and he rents it to a man he knows as Jaime.

BARRERA told agents he has been living at 4411 Energy Avenue for 9 months, and also told agents there were 6 more illegal aliens in the trailer at that time. BARRERA gave verbal and written consent on scene to enter the trailer.

Both the agents and BARRERA travelled back to the trailer, and BARRERA opened the door and let them in. Inside the trailer, agents found a total of 12 people. Eleven of the people admitted to being illegal aliens. One person was a USC, but agents couldn't find any information linking him to alien smuggling, and released him. Through interviews, one of the 11 illegal aliens found in the trailer, Kelvin Antonio PARADA-Campos, was determined to have some role in the harboring of illegal aliens, and was kept as a principal in the case.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

**ATTACHMENT TO CRIMINAL COMPLAINT:**

M-15- /844 -M

**RE:** Jose Maria Ruiz-Vasquez
Juan Carlos Barrera-Franco
Kelvin Antonio Parada-Campos

**CONTINUATION:**

PRINCIPAL'S STATEMENTS:

All three principals were read their rights. All three stated they understood their rights. At the station, both Jose Maria RUIZ-Vasquez and Juan Carlos BARRERA-Franco declined to make any more statements, and questioning with them concluded.

Kelvin Antonio PARADA-Campos claimed he illegally crossed the Rio Grande River, and was taken to the trailer on 4411 Energy Avenue. Because he did not have any money to pay his way to Los Angeles, Jose Maria RUIZ-Vasquez offered him a job feeding illegal aliens at the trailer. (PARADA identified RUIZ in a photo lineup) According to PARADA, RUIZ was the main one in charge of the trailer and would write down names in a leger of the illegal aliens who stayed there. PARADA told agents he overheard RUIZ telling another man he was getting paid $400 per person he harbored.

Additionally, PARADA stated he would sell food items to the smuggled aliens for a dollar per item. The money from the sale of the food would go to a man he knows as Carlos. (PARADA identified Carlos as Juan Carlos BARRERA-Franco in a photo lineup)

PARADA told agents he was paid for his services in food, beer, and marijuana. During the month that he has been working in the trailer, he has helped take care of approximately 33 UDAs.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# McALLEN, TEXAS

## ATTACHMENT TO CRIMINAL COMPLAINT:

M-15- 1844 -M

**RE:** Jose Maria Ruiz-Vasquez
Juan Carlos Barrera-Franco
Kelvin Antonio Parada-Campos

**CONTINUATION:**

**MATERIAL WITNESSES' STATEMENTS:**

Both material witnesses were read their rights. Both stated they were willing to provide statements without the presence of an attorney.

1- Javier Alexander Caballero-Gil, a citizen of El Salvador, claimed he was charged $500 (USD) to be smuggled into the US. After illegally crossing the river, Caballero was taken to the same trailer where he was apprehended. (Caballero identified RUIZ as the driver who took him to the trailer.) Upon arriving at the trailer, there was a man outside on the phone who instructed Caballero to enter. (Caballero identified BARRERA as the man on the phone.) Inside the trailer, there was yet another man who was in charge, who took all the smuggled aliens' phones away. (Caballero identified PARADA as the other man in charge.) According to Caballero, the two men who were in charge of the trailer (BARRERA and PARADA) spent all day smoking marijuana.

**NOTE:** A small amount of marijuana was discovered at the trailer and was seized by the Hidalgo County Constables Office.

2- Carlos Mauricio Aguilar-Avelar, a citizen of El Salvador, claimed he was charged $3,500 (USD) to be smuggled into the US. After illegally crossing the Rio Grande River, Aguilar was driven to the trailer where he was arrested. (Aguilar identified RUIZ as the driver of the vehicle.) After arriving at the trailer, there were two men in charge. One man told the group to go to the back of the trailer, and confiscated every ones cell phones. According to Aguilar, both men had similar roles, and did similar things. Aguilar was confused as to why PARADA was in charge, since he was from El Salvador, but stated he was definitely in charge. In fact, both PARADA and BARRERA did not sleep in the same room as the smuggled aliens. They had their own room.